# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**PHILLIP T DACHENHAUSEN**                                           **PLAINTIFF**

v.                    **CASE NO. 4:20-CV-01199-BSM**

**ASH GROVE CEMENT COMPANY,** *et al*                          **DEFENDANTS**

## <u>ORDER</u>

Pursuant to the parties' joint stipulation of dismissal [Doc. No. 24], this case is dismissed with prejudice.

IT IS SO ORDERED this 18th day of February, 2022.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE